IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUISZ PHARMA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 11-1061-SLR/CJB |
| | ) |
| THERANOS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 7th day of June, 2012, having considered the Report and Recommendation of United States Magistrate Judge Christopher J. Burke issued on May 18, 2012, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 31) is accepted.

2. Defendants' motion to dismiss, stay or transfer (D.I. 14) is granted in part.

3. The Clerk of Court is directed to transfer this case to the United States District Court for the Northern District of California.

United States District Judge